1  Ray K. Shahani, Esq.  (CA SBN 160,814)
   Attorney at Law
2  Twin Oaks Office Plaza
   477 Ninth Avenue, Suite 112
3  San Mateo, California 94402-1854
   Telephone:      (650) 348-1444
4  Facsimile:      (650) 348-8655
   Email:          rks@attycubed.com
5  Attorney for Plaintiff
   NATURAL WELLNESS CENTERS OF AMERICA, INC.
6
   Mark E. Wiemelt (IL Bar No. 06208213)
7  mark@wiemeltlaw.com
   WIEMELT KNECHTEL
8  10 S. LaSalle St., Ste. 3300
   Chicago, IL 60603
9  Ph: 312-372-7664
   Fax: 312-372-6568
10 Admitted Pro Hac Vice

11 Joshua Koltun (CA CSB 173040)
   joshua@koltunattorney.com
12 One Sansome Street
   Suite 3500, No. 500
13 San Francisco. CA 94104
   Ph: 415-680-3410
14 Fax: 866-462-5959
   Attorneys for Defendants
15 GOLDEN HEALTH PRODUCTS, INC. AND MARY FAITH HUNT

16
                            UNITED STATES DISTRICT COURT
17                          NORTHERN DISTRICT OF CALIFORNIA

18                                  OAKLAND DIVISION

19 | NATURAL WELLNESS CENTERS OF         | Case No: C 12-5586 EDL
   | AMERICA, INC., a California corporation, |
20 |                                      | The Honorable Elizabeth D. Laporte
   |             Plaintiff,               |
21 |                                      | **STIPULATED DISMISSAL UNDER**
   |       vs.                            | **F.R.C.P. RULE 41(a)(1)(A)(ii)**
22 |                                      |
   | GOLDEN HEALTH PRODUCTS, INC., an     |
23 | Illinois corporation, MARY FAITH HUNT, | _____
   | an Illinois resident; and DOES 1-10, |
24 |                                      | **Demand for Jury Trial**
   |             Defendants.              |
25

26

27

28

**STIPULATED DISMISSAL UNDER F.R.C.P. RULE 41(a)(1)(A)(ii)**

The parties to the above-captioned action, by and through their respective attorneys of record, hereby voluntarily dismiss, with prejudice, the entirety of the present action, in accordance with F.R.C.P. Rule 41(a)(1)(A)(ii). Each party shall bear its own respective costs and attorney's fees in association with the above-captioned matter.

Respectfully submitted,

Dated: March 5, 2013

        /s/ Mark E. Wiemelt
By:
Mark E. Wiemelt
Attorney for Defendants Golden Health Products, Inc. and Mary Faith Hunt

Dated: March 5, 2013

LAW OFFICE OF RAY K. SHAHANI

        /s/ Ray K. Shahani
By:
Ray K. Shahani
Attorney for Plaintiff

**ENTERED:** _____, 2013

United States Magistrate Judge Elizabeth D. Laporte